UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. GREEN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:17-cv-05652 Hon. Virginia M. Kendall |
| v. | ) ) | |
| MORNINGSTAR, INC., PRUDENTIAL INVESTMENT MANAGEMENT SERVICES LLC, AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PRUDENTIAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Prudential Investment Management Services LLC and Prudential Retirement Insurance and Annuity Company (collectively, the "Prudential Defendants"), move pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) to extend by 10 days the deadline for the Prudential Defendants to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The Prudential Defendants do not seek an extension to file their answer. In support thereof, the Prudential Defendants state as follows:

1. On August 3, 2017, Plaintiff filed a class action complaint. (Dkt. 1.)

2. Plaintiff effectuated service on the Prudential Defendants on August 7, 2017, by substituted service upon the Director of the Illinois Department of Insurance.

3. On August 17, 2017, the Prudential Defendants retained Sidley Austin LLP and Pullman & Comley LLC.

1

4. The Prudential Defendants are in the process of obtaining key documents necessary for their Rule 12(b)(6) motion, including Exhibit A referred to in the complaint, which inadvertently was not attached to the complaint.

5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i) and Mandatory Initial Discovery Pilot Project, the Prudential Defendants' Answer and Rule 12(b)(6) motion currently are due on August 28, 2017.

6. The Prudential Defendants will answer the complaint by August 28, 2017 and comply with mandatory initial discovery deadlines triggered by this filing.

7. The Prudential Defendants respectfully request that their deadline to file their Rule 12(b)(6) motion be extended by ten (10) days, to and including September 7, 2017.

8. Counsel for the Prudential Defendants met and conferred with Plaintiff's counsel, and Plaintiff's counsel does not object to this extension. No appearances have been filed on behalf of Morningstar, Inc.

9. This is the Prudential Defendants' first request for an extension of time.

WHEREFORE, the Prudential Defendants respectfully request that this Court grant this unopposed motion for extension of time and extend the deadline for the Prudential Defendants to file their Rule 12(b)(6) motion to September 7, 2017.

Dated: August 18, 2017                    Respectfully submitted,

/s/ *Joel S. Feldman*
Joel S. Feldman
jfeldman@sidley.com
Mark B. Blocker
mblocker@sidley.com
Tara Amin
tamin@sidley.com
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

Tel: (312) 853-7000
Fax: (312) 853-7036

James T. Shearin (pro hac forthcoming)
Edward B. Lefebvre (pro hac forthcoming)
Pullman & Comley LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601
Tel: (203) 330-2240
Fax: (203) 576-8888
jtshearin@pullcom.com
tlefebvre@pullcom.com

*Attorneys for Defendants Prudential Retirement Insurance and Annuity Company and Prudential Investment Management Services LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the parties participating in the Court's electronic filing system.

/s/ *Joel S. Feldman*

ACTIVE 224361198