UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL D. GREEN**, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **MORNINGSTAR, INC., PRUDENTIAL INVESTMENT MANAGEMENT SERVICES LLC, AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY**, <br><br> Defendants. | Civil Action No. 1:17-CV-05652 <br><br> Hon. Virginia M. Kendall |

## MORNINGSTAR, INC.'S MOTION TO DISMISS

Defendant Morningstar, Inc. ("Morningstar"), respectfully requests that this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismiss plaintiff Michael D. Green's complaint against Morningstar for failure to state a claim upon which relief may be granted. In support of this motion, Morningstar incorporates the accompanying memorandum of law and states as follows:

1. In his complaint, Green purports to assert a claim for violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO") against defendants Morningstar, Prudential Investment Management Services LLC, and Prudential Retirement Insurance and Annuity Company. As against Morningstar, Green fails to state a claim for three reasons.

2. First, Green has no standing to assert a RICO claim against Morningstar because he has not alleged that Morningstar's alleged conduct proximately caused his injury.

3. Second, Green fails to plead the elements of a RICO claim against Morningstar. He fails to allege that Morningstar conducted or participated in a RICO "enterprise," and he fails

to allege that Morningstar committed a predicate act, both of which are necessary elements of a RICO claim.

4. Third, Green's allegations sound in securities fraud, and therefore cannot be the basis for a RICO claim under the Private Securities Litigation Reform Act.

WHEREFORE, for the foregoing reasons, and for the reasons set forth in its accompanying memorandum of law, Morningstar respectfully requests that this Court enter an order dismissing Green's complaint against Morningstar with prejudice.

Dated: August 25, 2017

Respectfully submitted,

MORNINGSTAR, INC.

By:    /s/ Craig C. Martin

JENNER & BLOCK LLP
Craig C. Martin (6201581)
Amanda S. Amert (6271860)
Howard S. Suskin (6185999)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2776
Fax: (312) 840-7776
Email: CMartin@jenner.com
Email: AAmert@jenner.com
Email: HSuskin@jenner.com

*Attorneys for Defendant Morningstar, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on August 25, 2017, a true and correct copy of **Morningstar, Inc.'s Motion to Dismiss** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: August 25, 2017     By:     /s/ Craig C. Martin
                                    Craig C. Martin
                                    JENNER & BLOCK LLP
                                    353 N. Clark Street
                                    Chicago, Illinois 60654
                                    Tel: (312) 923-2776

                                    *Attorney for Defendant Morningstar, Inc.*