**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL D. GREEN**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**MORNINGSTAR, INC., PRUDENTIAL INVESTMENT MANAGEMENT SERVICES LLC, AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY**,<br><br>Defendants. | Civil Action No. 1:17-CV-05652<br><br><br>Hon. Virginia M. Kendall |

**NOTICE OF SERVICE OF DEFENDANT MORNINGSTAR, INC.'S**
**MANDATORY INITIAL DISCOVERY RESPONSES**

PLEASE TAKE NOTICE that on September 25, 2017, Defendant Morningstar, Inc., by and through its attorneys Jenner & Block LLP, served its mandatory initial discovery responses, pursuant to the Standing Order Regarding Mandatory Initial Discovery Pilot Project (Dkt. 3), on counsel of record for all parties by UPS and electronic mail.

Dated:  September 25, 2017          Respectfully submitted,

         MORNINGSTAR, INC.

         By:     /s/ Craig C. Martin

JENNER & BLOCK LLP
Craig C. Martin (6201581)
Amanda S. Amert (6271860)
Howard S. Suskin (6185999)
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2776
Fax: (312) 840-7776
Email: CMartin@jenner.com
Email: AAmert@jenner.com
Email: HSuskin@jenner.com

*Attorneys for Defendant Morningstar, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on September 25, 2017, a true and correct copy of the foregoing **Notice of Service of Defendant Morningstar, Inc.'s Mandatory Initial Discovery Responses** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: September 25, 2017      By:     /s/ Craig C. Martin
Craig C. Martin
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2776

*Attorney for Defendant Morningstar, Inc.*