UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. GREEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MORNINGSTAR, INVESTMENT MANAGEMENT LLC., PRUDENTIAL INVESTMENT MANAGEMENT SERVICES LLC, AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,<br><br>        Defendants. | Civil Action No.1:17-cv-05652<br><br>Hon. Virginia M Kendall |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff, moves pursuant to Local Rules 5.8 and 26.2, for entry of an order granting it leave to file under seal one document in connection with its Plaintiff's Memorandum of Law in Opposition to the Prudential Defendants' Motion To Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Opp'n Mem."). This motion seeks leave to file under seal the Opp'n Mem. that cites Amin Declaration, Ex 1, Ex N, the November 1, 2006 Administrative Services Agreement between Prudential and Rollins, Inc. The *same* document that this Court previously granted leave to seal in the prior round of motion-to-dismiss briefing. In support thereof, Plaintiff states as follows:

        1.     The Court has entered an Agreed Confidentiality Order protecting, among other categories, "trade secrets . . . [and] research, technical, commercial or financial information that [a] party has maintained as confidential." Dkt. 30.

1

2.Plaintiff is filing a Memorandum of Law in Opposition to the Prudential Defendants' Motion to Dismiss the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). In support of that Opp'n Mem, Plaintiff cites an exhibit containing commercial and financial information that Prudential holds as confidential and, if necessary, will be produced as confidential in this litigation. Prudential requests that such document be maintained by the Court under seal.

3.Plaintiff is filing under seal, Opp'n Mem ¶ 34 only, citing a November 1, 2006 Administrative Services Agreement between Prudential and Rollins, Inc., marked as Amin Declaration Ex 3, Ex N.

4.Plaintiff has taken care to file under seal only that which is necessary.

5.This motion will not prejudice any party.

6.The Court previously granted Prudential leave to file this November 1, 2006 Administrative Services Agreement between Prudential and Rollins, Inc., marked as Amin Declaration Ex 1, Ex N, same document under seal in connection with Prudential Defendants' Motion to Dismiss the Amended Complaint. Dkt. 80.

WHEREFORE, Plaintiff requests that this Court grant this motion and permit Plaintiff to file the document listed above under seal.

DATED this 25th day of May, 2018.

By:*/s/ Garrett W. Wotkyns*
Garrett W. Wotkyns
John J. Nestico
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0145
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
jnestico@schneiderwallace.com

James A. Bloom
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jbloom@schneiderwallace.com

Michael M. Mulder (NDIL No. 01984268)
Elena N. Liveris (NDIL No. 6297048)
THE LAW OFFICES OF
MICHAEL M. MULDER
1603 Orrington, Suite 600
Evanston, Illinois 60201
Telephone: (312) 263-0272
Facsimile: (312) 263-2942
mmmulder@mmulderlaw.com
eliveris@mmulderlaw.com

Austin Tighe (NDIL No. 90784528)
Michael Angelovich
NIX PATTERSON & ROACH, LLP
3600 N Capital of Texas Hwy
Building B, Suite B350
Austin, Texas 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
atighe@nixlaw.com
mangelovich@nixlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on May 25th, 2018, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: May 25th, 2018      By:     */s/ Kelle J. Winter*
                                                            Kelle J. Winter
                                                            SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP